IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLAUDE K. HILTON, JR.,

    Plaintiff,

vs.                                    CASE NO. 5:08cv260/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11), which considers Defendant's Motion to Remand (Doc. 10).  Defendant represents that Plaintiff does not object to remand.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion To Remand (Doc. 10) is granted, and the Commissioner's decision which denies benefits is reversed.

3. This case is remanded the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g).

4. Defendant is ordered to conduct proceedings in accordance with the Magistrate Judge's Report and Recommendation (Doc. 11).

5. The clerk is directed to enter final judgment pursuant to Fed. R. Civ. P. 58.

6.      The clerk is directed to administratively close this file.

**ORDERED** on January 28, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**