IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLAUDE K. HILTON, JR.,

    Plaintiff,

vs.                                        CASE NO. 5:08cv260/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21). Defendant has filed a response (Doc. 20), which confirms that Defendant does not object to the award of the amounts requested by Plaintiff.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Petition For Attorney's Fees (Doc. 18) is granted.  Plaintiff's counsel, Kimberly J. Syfrett, is entitled to recover fees in the amount of $777.96 pursuant to 28 U.S.C. §2412 (EAJA), and the Commissioner is directed to pay that amount to Plaintiff's counsel.  Costs in the amount of $350.00 are awarded and shall be paid to Plaintiff's counsel from the Judgment Fund of the United States Treasury.

3.      The clerk is directed to close the file.


**ORDERED** on March 18, 2009.


      /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**