# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CLAUDE K. HILTON, JR.,

    Plaintiff,

vs.                                                       CASE NO. 5:08cv260/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 28). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Authorization of Attorney Fee Pursuant to the Social Security Act (Doc. 24) is granted. Pursuant to 42 U.S.C. §406(b), Petitioner Kimberly J. Syfrett is awarded attorney's fees in the amount of $3,872.00. Upon her receipt of attorney's fees in the amount of $3,872.00 pursuant to 42 U.S.C. §406(b), Petitioner Kimberly J. Syfrett shall immediately refund to Plaintiff the previously awarded EAJA sum of $777.96.

**ORDERED** on March 23, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**